**Dismissed and Opinion Filed October 30, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01000-CV**

**AMY E. EDWARDS, Appellant**
**V.**
**DALCOR SKYLINE LTD. D/B/A SKYLINE, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03182-E**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Molberg

We reinstate this appeal. This case was abated on January 17, 2023 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on January 20, 2023, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal.[1] We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

/Ken Molberg/

221000f.p05

KEN MOLBERG

JUSTICE

---

[1] All correspondence to Ms. Edwards after Nov. 22, 2022 has been returned to the Court. Ms. Edwards has not provided the Court with an updated address.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMY E. EDWARDS, Appellant

No. 05-22-01000-CV     V.

DALCOR SKYLINE LTD. D/B/A
SKYLINE, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-03182-
E.
Opinion delivered by Justice
Molberg. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 30th day of October, 2023.